**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rosa Oralia PONCE–RODRIGUEZ,
Defendant–Appellant.**

**No. 09–10283.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 18, 2010.

Walter Perkel, United States Attorney Office, District of Arizona, Phoenix, AZ, for Plaintiff–Appellee.

Nancy Hinchcliffe, Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Rosa Oralia Ponce–Rodriguez appeals from her guilty-plea conviction and 24–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ponce–Rodriguez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

as counsel of record. We have provided Ponce–Rodriguez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**